# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

DAVID BASHAM,                           )
Register No. 530065,                    )
                                        )
                Plaintiff,      )
                                        )
           v.              )          No. 05-4245-CV-C-NKL
                                        )
NORMAN POTTER,                          )
                                        )
                Defendant.      )

## ORDER

On December 12, 2005, the United States Magistrate Judge recommended that plaintiff's claims against defendants Sheriff Jay Gump and Moniteau County Sheriff's Department be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's claims against defendants Sheriff Jay Gump and Moniteau County Sheriff's Department are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/
                
NANETTE K. LAUGHREY
United States District Judge

Dated: January 17, 2006
Jefferson City, Missouri