# UNITED STATES DISTRICT COURT

## Western District of Missouri

**DAVID BASHAM, Register No. 530065**

    *v.*

**NORMAN POTTER**

*JUDGMENT IN A CIVIL CASE*

Case Number: 05-4245-CV-C-NKL

\_    ***Jury Verdict.*** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X    ***Decision by Court.*** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    *IT IS ORDERED AND ADJUDGED*

–    that plaintiff's claims are dismissed for failure to comply with court orders, pursuant to the provisions of Fed. R. Civ. P. 41(b).


ENTERED ON: April 27, 2006


<u>April 27, 2006</u>                PATRICIA L. BRUNE

Date                             Clerk

                                  /s L. Bax

                                  (By) Deputy Clerk